(June 6, 2013)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OMAR RIVERA, Appellant. [965 NYS2d 872]—Order, Supreme Court, Bronx County (Dominic R. Massaro, J.), entered November 18, 2011, which denied defendant's CPL 440.46 motion for resentencing, unanimously affirmed.

The court properly exercised its discretion in determining that substantial justice dictated the denial of resentencing. In making this determination, the court made "an individualized assessment of all the relevant facts and circumstances, including, among other things, . . . defendant's recidivism [and] misconduct while incarcerated" (*People v Marti*, 81 AD3d 418, 418 [1st Dept 2011], *lv denied* 17 NY3d 798 [2011] [citation omitted]). Concur—Gonzalez, P.J., Sweeny, Richter and Clark,

■ MANOUCHEHR MALEK, Appellant, v KEVIN N. MALEK, Respondent. [965 NYS2d 873]—Order, Supreme Court, New York County (Joan M. Kenney, J.), entered March 1, 2013, which denied plaintiff's motion for summary judgment in lieu of a complaint, and directed plaintiff to serve a formal complaint, unanimously affirmed, without costs.

Although plaintiff made a prima facie showing of his entitlement to judgment as a matter of law, defendant's affidavit successfully raised issues of fact concerning the validity of the promissory note based on the defenses of coercion and economic duress.

We have considered plaintiff's remaining arguments, including his contention that defendant ratified the note by making payments under it, and find them unavailing. Concur— Gonzalez, P.J., Sweeny, Richter and Clark, JJ.